1002

[No. 32363-3-III. Division Three. July 23, 2015.]

MICHAEL J. YORK, *Appellant*, v. CSL PLASMA, INC., *Respondent*.

 by unpublished opinion per Lawrence-Berrey, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 32435-4-III. Division Three. July 23, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND EDWARD CHANEY III, *Appellant*.

 by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 70148-7-I. Division One. July 27, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD R. BROWN, *Appellant*.

 by unpublished opinion per Spearman, C.J., concurred in by Lau and Trickey, JJ.

[No. 71167-9-I. Division One. July 27, 2015.]

*In the Matter of the Marriage of* BONNIE F. AUBUCHON, *Respondent*, and VAN D. AUBUCHON, *Appellant*.

 by unpublished opinion per Trickey, J., concurred in by Schindler and Leach, JJ.